IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY MEAD and KARRIE MEAD<br><br>    Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, a Delaware corporation; and ART BECKER TRANSPORTATION, LLC<br><br>    Defendants. | Case No. 8:23-cv-00170<br><br>**PROTECTIVE ORDER CONCERNING LOCOMOTIVE VIDEOS** |

Upon consideration of the parties' stipulated motion for Protective Order, (Filing No. 39), the Court enters the following Protective Order governing the disclosure of confidential Discovery Material by a Producing Party to a Receiving Party in this Action.

The videos from the subject locomotives in this case shall be protected by this order and shall not be disclosed, produced, or disseminated to anyone who is not involved in this case by the parties or their attorneys.

The parties shall not allow these videos to be disseminated by any means.  The parties shall not allow these videos to be disseminated over the internet, disseminated to any news media, or disseminated through any electronic media outlet or media platform. The locomotive videos shall not be filed with the Court except under seal via the Court's CCEF e-filing system. The parties, as well as any agents or representatives of those parties, may provide the video to their representative employees, experts, consultants, or witnesses on the condition that such persons will be advised of and provided a copy of this Protective Order. The acceptance of the subject video or a copy of the same by any employee, expert consultant, or witness, as well as any agents or representatives of

-2-

those parties, constitutes their agreement and consent to be bound by all the provisions of this Protective Order.

The termination of this action shall not relieve any person to whom the video has been disclosed from the obligations of this Protective Order, though any party may seek an order from the Court modifying or lifting this Protective Order. At the conclusion of this case, the locomotive videos shall be returned to the party producing it or the parties may elect to destroy the locomotive videos. Under no circumstances may the locomotive videos be used outside the case for any reason.

DATED this 5th day of December, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge