IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BOBBY MEAD and KARRIE MEAD,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY, A Nebraska Corporation; and ART BECKER TRANSPORTATION LLC,<br><br>　　　　　　　Defendants. | 8:23CV170<br><br>ORDER |

This matter comes before the Court on Defendant's Objection to Appointment of Special Master. Filing No. 55. The objection is sustained, and this case remains assigned solely to Judge Bataillon until a new magistrate judge is assigned. The parties are instructed to contact Judge Bataillon's chambers for any matters previously assigned to Magistrate Judge Bazis, including case progression and discovery. Accordingly,

**IT IS ORDERED:**

1. Filing No. 55 is granted.
2. This case remains assigned solely to Judge Bataillon.

Dated this 26th day of April, 2024.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　　　　　Senior United States District Judge